1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   CLAUDINE WILLIAMS,                    CASE NO. 22-695 MJP

11                    Plaintiff,           ORDER EXTENDING DEADLINES

12          v.

13   UNITED STATES OF AMERICA,

14                    Defendant.

15

16          This matter comes before the Court on Plaintiff's Motion to Extend Initial Deadlines.

17   (Dkt. No. 5). The Court, having considered Plaintiff's Motion, GRANTS the extension.

18          The new deadlines are as follows:

19          FRCP 26(f) conference deadline is September 12, 2022;

20          Initial Disclosures are due is September 19, 2022; and

21          The Joint Status Report is due September 26, 2022

22          The clerk is ordered to provide copies of this order to all counsel.

23          //

24

ORDER EXTENDING DEADLINES - 1

1    Dated July 14, 2022.

2

3                                                    Marsha J. Pechman
                                                     United States Senior District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24