The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLAUDINE WILLIAMS, as
guardian on behalf of B.E.,

     Plaintiff,

V.

THE UNITED STATED OF
AMERICA, a governmental entity,

     Defendant.

No.    2:22-cv-00695-MJP

STIPULATION AND
[PROPOSED] ORDER
GRANTING PLAINTIFF 60
DAYS TO AMEND THE
COMPLAINT AND
STRIKING THE
DEFENDANT'S MOTION
DATE SCHEDULED FOR
AUGUST 19, 2022.

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, through their respective counsels of record as follows:

1.    Ms. Williams ("Plaintiff"), as guardian on behalf of B.E., filed her Complaint in this matter on May 23, 2022.

2.    The Plaintiff is alleging the United States of America acted negligently when U.S. Probation ("Defendant") permitted Leslie Guy Wilson ("Wilson") to reside

STIPULATION AND ORDER

1

The Law Office of Dan N. Fiorito III
2470 Westlake Ave N, Suite 201
Seattle, WA 98109

in B.E.'s home in 2010. B.E. was four years old at the time.

3. The United States Attorney for the Western District of Washington ("Government") appeared on behalf of the Defendant on July 28, 2022. The Government filed a motion to dismiss the Complaint concurrent with its appearance. The Defendant has not answered the Complaint. The motion to dismiss is noted for consideration on August 19, 2022.

4. The parties agree that the Plaintiff's right to amend her Complaint as things currently stand remains unconditional. The Plaintiff intends to amend the Complaint to plead facts relevant to the analysis involved with Defendant's motion to dismiss.

5. The parties agree that Plaintiff will file an Amended Complaint within 60 days of this stipulated Order being signed by the Court.

6. The parties agree that Defendant will respond to Plaintiff's Amended Complaint no later than 30 days from filing of the Amended Complaint.

7. The parties are requesting that the court enter an Order indicating the Plaintiff shall file an Amended Complaint within 60 days of the Order and striking the motion scheduled for August 19, 2022.

8. The parties are also requesting that the court strike the current initial deadlines set forth in the Order Extending Deadlines (Dkt. 8) until a date after

STIPULATION AND ORDER

2

The Law Office of Dan N. Fiorito III
2470 Westlake Ave N, Suite 201
Seattle, WA 98109

Plaintiff's Amended Complaint is filed.


        DATED this 1st day of August, 2022.


| THE LAW OFFICE OF DAN N. FIORITO III | NICHOLAS W. BROWN<br>United States Attorney |
|---|---|
| *s/ Dan N. Fiorito III*<br>DAN N. FIORITO III, WSBA #34009<br>2470 Westlake Ave N, Suite 201<br>Seattle, Washington  98109<br>Phone:  206-299-1582<br>Fax:  206-770-7590<br>Email:  dan@danfiorito.com<br><br>Attorney for Plaintiff | *s/ Kristen R. Vogel*<br>KRISTEN R. VOGEL, NYBA #5195664<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone:  206-553-7970<br>Fax:  206-553-4067<br>Email:  kristen.vogel@usdoj.gov<br><br>Attorney for Defendant United States |

STIPULATION AND ORDER

3

The Law Office of Dan N. Fiorito III
2470 Westlake Ave N, Suite 201
Seattle, WA 98109

## **O R D E R**

Based upon the foregoing Stipulation,  IT IS HEREBY ORDERED,

ADJUDGED AND DECREED that:

1. Plaintiff shall file an Amended Complaint within 60 days of this Order.

2. Defendant shall have 30 days from the filing of Plaintiff's Amended Complaint to respond to the Amended Complaint.

3. Defendant's motion to dismiss noted for consideration on August 19, 2022 is stricken.

4. The current initial deadlines set forth in the Order Extending Deadlines (Dkt. 8) are stricken and will be rescheduled for a date after Plaintiff's Amended Complaint is filed.


Dated this ___ day of August, 2022.

_____
MARSHA J. PECHMAN
United States District Judge

STIPULATION AND ORDER

4

The Law Office of Dan N. Fiorito III
2470 Westlake Ave N, Suite 201
Seattle, WA 98109