UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDINE WILLIAMS, | CASE NO. C22-695 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The above-entitled case is hereby transferred to the Honorable Stanley A. Bastian, Chief United States District Judge for the Eastern District of Washington. The caption for this case shall hereinafter be **C22-695-SAB**. All scheduled dates will remain as set unless the parties are notified otherwise by Chief Judge Bastian.

\\

\\

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed August 5, 2022.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2