UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAUDINE WILLIAMS, as guardian on behalf of B.E.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, a governmental entity,<br><br>    Defendant. | No. 2:22-CV-00695-SAB<br><br>**ORDER STRIKING MOTION TO DISMISS; GRANTING PLAINTIFF LEAVE TO AMEND THE COMPLAINT** |

Before the Court is the parties' Stipulation, ECF No. 11. Plaintiff is represented by Dan N. Fiorito. Defendant is represented by Kristen R. Vogel.

On July 28, 2022, Defendant filed a Motion to Dismiss. ECF No. 10. In response, the parties have stipulated to Plaintiff being permitted to amend her Complaint to plead facts relevant to the analysis involved with Defendant's Motion to Dismiss, and ask the Court to strike Defendant's Motion to Dismiss and grant Plaintiff leave to file an Amended Complaint.

//
//
//
//
//

**ORDER STRIKING MOTION TO DISMISS; GRANTING PLAINTIFF LEAVE TO AMEND THE COMPLAINT ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulation, Defendant's Motion to Dismiss, ECF No. 10, is **STRICKEN**.

2. Within **sixty (60) days** from the date of this Order, Plaintiff shall file an Amended Complaint.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 12th day of August 2022.

_____
Stanley A. Bastian
U.S. District Judge

**ORDER STRIKING MOTION TO DISMISS; GRANTING PLAINTIFF LEAVE TO AMEND THE COMPLAINT ~ 2**