UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOYLENE L. SIMMONS, as Guardian ad Litem behalf of B.E., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, a governmental entity, <br><br> Defendant. | No. 2:22-CV-00695-SAB <br><br> **ORDER GRANTING RQUEST FOR 60-DAY ABEYANCE** |

Before the Court is the parties' Stipulated Motion for Order of 60-Day Abeyance, ECF No. 22. Plaintiff is represented by Dan N. Fiorito, III. Defendant is represented by Kristen R. Vogel.

Defendant filed a Motion to Dismiss Amended Complaint, EFC No. 19, and the parties have stipulated that Plaintiff's deadline to respond to the motion be held in abeyance for 60 days. The parties are in the process of scheduling a mediation in early December and believe both attorney and judicial resources will be preserved if this case is held in abeyance while the parties attempt an early resolution of the case. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Order of 60-Day Abeyance, ECF No. 22 is **GRANTED**.

**ORDER GRANTING RQUEST FOR 60-DAY ABEYANCE ~ 1**

2. The above-captioned action is held in abeyance for **60 days** until **January 9, 2023**. Plaintiff's deadline to respond to Defendant's Motion to Dismiss Amended Complaint is **stayed for 60 days**.

3. If this matter is not settled by **January 9, 2023**, the parties shall jointly update the court and Plaintiff will have **no later than 30 days** from that date to file a response to Defendant's motion.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 9th day of November 2022.

_____
Stanley A. Bastian
U.S. District Judge

**ORDER GRANTING RQUEST FOR 60-DAY ABEYANCE ~ 2**