UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOYLENE L. SIMMONS, as Guardian ad Litem on behalf of B.E.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, a governmental entity,<br><br>    Defendant. | No. 2:22-CV-00695-SAB<br><br>**ORDER GRANTING SECOND STIPULATED MOTION FOR ORDER OF 90-DAY ABEYANCE** |

Before the Court is the parties' Second Stipulated Motion for Order of 90-Day Abeyance, ECF No. 25. The motion was heard without oral argument. Plaintiff is represented by Dan Fiorito, III. Defendant is represented by Kristen Vogel.

Previously, the parties notified the Court that they have settled this matter. They now indicate they need additional time before they can file their settlement documents to set up a trust fund for the minor plaintiff's settlement funds and seek the requisite approval of settlement from the Muckleshoot Indian Tribal Court. They ask for an additional 90 days beyond the current deadline of January 9, 2023. Good cause exists to grant the Stipulated Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Second Stipulated Motion for Order of 90-Day Abeyance,

**ORDER GRANTING SECOND STIPULATED MOTION FOR ORDER OF 90-DAY ABEYANCE** ~1

ECF No. 25, is **GRANTED**.

2. On or before **April 9, 2023**, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case. If the parties are unable to finalize the settlement documents, the parties shall file a status report by that date and request additional time, if necessary.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 3rd day of January 2023.

_____
U.S. District Court Judge

**ORDER GRANTING SECOND STIPULATED MOTION FOR ORDER OF 90-DAY ABEYANCE** ~2