UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOYLENE L. SIMMONS, as Guardian ad Litem on behalf of B.E.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, a governmental entity,<br><br>    Defendant. | No. 2:22-CV-00695-SAB<br><br>**ORDER GRANTING THIRD STIPULATED MOTION FOR ORDER OF 90-DAY ABEYANCE** |

    Before the Court is the parties' Third Stipulated Motion for Order of 90-Day Abeyance, ECF No. 27. The motion was heard without oral argument. Plaintiff is represented by Dan Fiorito, III. Defendant is represented by Kristen Vogel.

    Previously, the parties notified the Court that they have settled this matter and asked for a stay to allow them to set up a trust fund and obtain approval from the Muckleshoot Indian Tribal Court. They now report that they need more time. They brought a motion before the Muckleshoot Tribal Court and a hearing is set for April 26, 2023. They ask for an additional 90 days beyond the current deadline of April 9, 2023. Good cause exists to grant the Stipulated Motion.

    Accordingly, **IT IS HEREBY ORDERED**:

    1. The parties' Third Stipulated Motion for Order of 90-Day Abeyance, ECF No. 27, is **GRANTED**.

**ORDER GRANTING THIRD STIPULATED MOTION FOR ORDER OF 90-DAY ABEYANCE** ~1

2. The above-captioned case is **STAYED** up to and including **July 8, 2023**.

3. On or before **July 8, 2023**, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case. If the parties are unable to finalize the settlement documents, the parties shall file a status report by that date and request additional time, if necessary.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 20th day of March 2023.

_____
Stanley A. Bastian
U.S. District Court Judge

**ORDER GRANTING THIRD STIPULATED MOTION FOR ORDER OF 90-DAY ABEYANCE ~2**