UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOYLENE L. SIMMONS, as Guardian ad Litem behalf of B.E., <br><br>  Plaintiff, <br><br>  v. <br><br> THE UNITED STATES OF AMERICA, a governmental entity, <br><br>  Defendant. | No. 2:22-CV-00695-SAB <br><br> **ORDER GRANTING DISMISSAL AND CLOSING FILE** |

Before the Court is the Parties' Stipulation and (Proposed) Order of Dismissal, ECF No. 30. Plaintiffs are represented by Dan N. Fiorito, III. Defendants are represented by Kristen R. Vogel and Whitney Passmore.

The motion states that it is stipulated and agreed by and between the parties that all claims, counterclaims, and crossclaims be dismissed with prejudice and without costs or attorneys' fees to any party.

//
//
//
//
//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

2. Any pending motions are **DISMISSED as moot**.

3. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 23rd day of June 2023.

_____
Stanley A. Bastian
District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**